UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KLC FINANCIAL, LLC,

                Plaintiff,                        Case Number 25-51401

v.                                            Honorable David M. Lawson

SARC USA, INC., SARC AZ-MESA LLC,
SARC II - ST. CHARLES, LLC, SARC IL -
AURORA, LLC, SARC IL - II, LLC, SARC
IL - BUFFALO GROVE, LLC, STEVEN
MICHAEL CATON, STEPHEN WAYNE
HOLDEN, STEPHEN RYAN HOLDEN, and
KKM DIAGNOSTIC IMAGING GROUP INC.

                Defendants.

_____/

## ORDER GRANTING MOTION TO COMPEL
## COMPLIANCE WITH SUBPOENA

The plaintiff filed this case to enforce a subpoena for documents relevant to a case proceeding in another district. The respondent, KMM Diagnostic Imaging Group, Inc., is located in this district. The Court ordered KKM, the subject of the subpoena, to respond to the plaintiff's motion to compel compliance with the subpoena on or before May 22, 2026, and it ordered KKM to appear for a hearing on the motion on June 1, 2026, at 11 a.m. The plaintiff served KKM's registered agent, David Knott, with a copy of the motion to compel by personal service on April 16, 2026, ECF No. 7, PageID.241, and a copy of the order compelling a response to the motion and an appearance before the Court was served personally on Mr. Knott on May 9, 2026, ECF No. 14, PageID.257. KKM did not respond to the motion or appear for the hearing that the Court held on July 1, 2026. Only the plaintiff's counsel appeared at the hearing.

Under Civil Rule 45, the party who served a subpoena "may move the court for the district where compliance is required for an order compelling production or inspection." Fed. R. Civ. P.

45(d)(2)(B)(i); *see also* Fed. R. Civ. P. 34(c) ("As provided in Rule 45, a non-party may be compelled to produce documents and tangible things or to permit an inspection.").  It appears that the subpoena duly was served, but KKM has not responded to the motion to compel and did not appear at the hearing, despite the Court's order to do so.  KKM therefore has shown no good reason that the subpoena should not be enforced.  As stated on the record at the June 1, 2026 hearing, the motion will be granted.

Accordingly, it is **ORDERED** that the plaintiff's motion to compel compliance with the subpoena (ECF No. 1, 2) is **GRANTED** for the reasons stated on the record.

It is further **ORDERED** that KKM Diagnostic Imaging Group, Inc. shall produce to the plaintiff all documents responsive to the document requests in the addendum attached to this order **on or before June 15, 2026**.

It is further **ORDERED** that the plaintiff shall serve this order, the addendum, and the exhibits attached to the addendum on KKM Diagnostic Imaging Group, Inc., by personal service **on or before June 5, 2026.**

It is further **ORDERED** that the plaintiff shall file proof that service has been completed in conformance with the paragraph above.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   June 1, 2026

[Addendum to order begins on next page.]

- 2 -

**<u>DOCUMENTS TO BE PRODUCED</u>**

You are directed to produce the following Documents:

1.  Any checks, wires, invoices, purchase orders, delivery receipts, emails, letters, texts, warranties, or Documents wherein **KKM** made any payments to NeuroGenix, any SARC entity, or any individual principal of NeuroGenix or SARC.

2.  Any checks, wires, invoices, purchase orders, delivery receipts, emails, letters, texts, warranties, or Documents related to the payment made by KLC on 05/05/2023 of $435,727.50 to **KKM** as evidenced by the invoice attached hereto as **Exhibit A.**

3.  Any checks, wires, invoices, purchase orders, delivery receipts, emails, letters, texts, warranties, or Documents related to the payment made by KLC Financial on 4/27/2023 of $435,727.50 to **KKM** as evidenced by the invoice attached hereto as **Exhibit B**.

4.  Any checks, wires, invoices, purchase orders, delivery receipts, emails, letters, texts, warranties, or Documents related to the payment made by KLC Financial on 05/08/2023 of $435,727.50 to **KKM** as evidenced by the invoice attached hereto as **Exhibit C**.

5.  Any checks, wires, invoices, purchase orders, delivery receipts, emails, letters, texts, warranties, or Documents related to the payment made by KLC Financial on 04/06/2023 of $435,727.50 to **KKM** as evidenced by the invoice attached hereto as **Exhibit D**.

6.  Any checks, wires, invoices, purchase orders, delivery receipts, emails, letters, texts, warranties, or Documents related to the payment made by KLC Financial on 04/01/2023 of $435,727.50 to **KKM** as evidenced by the invoice attached hereto as **Exhibit E**.

7.  Any checks, wires, invoices, purchase orders, delivery receipts, emails, letters, texts, warranties, or Documents related to **KKM Invoice** dated 03/17/2023 for $143,669.00

attached hereto as **Exhibit F**.

8.  Any checks, wires, invoices, purchase orders, delivery receipts, emails, letters, texts, warranties, or Documents related to **KKM Invoice No. 3626** dated 08/23/2023 for $143,669.00 attached hereto as **Exhibit G**.

9.  Any checks, wires, invoices, purchase orders, delivery receipts, emails, letters, texts, warranties, or Documents related to **KKM** equipment listed on Delivery and Acceptance Acknowledgement to Master Equipment Finance Agreement No. 11911A attached hereto as **Exhibit H**.

10. Any emails, letters, texts or Documents that provides the location, possession and condition of the KKM Equipment described in **Exhibit H:**

    1 - MRI diagnostic equip: Esaote S-Scan MSK MRI for Extremities, L-Spine, and C-Spine 1 ea. RF Pavilion or Technoshield, Patient Table, Large patient coil package, Magnetic Compensation Module, Accessory Cupboard, Uninterruptible Power Supply PC and MRI, Rigging for basic first and second floor installation.

11. Any checks, wires, invoices purchase order, delivery receipts, emails, letters, texts, warranties, or Documents that address where payments were sent and/or received for KKM Equipment described in **Exhibit H:**

    1 - MRI diagnostic equip: Esaote S-Scan MSK MRI for Extremities, L-Spine, and C-Spine 1 ea. RF Pavilion or Technoshield, Patient Table, Large patient coil package, Magnetic Compensation Module, Accessory Cupboard, Uninterruptible Power Supply PC and MRI, Rigging for basic first and second floor installation.

12. Any checks, wires, invoices, purchase orders, delivery receipts, emails, letters, texts, warranties, or Documents related to **KKM** equipment listed on Delivery and Acceptance Acknowledgement to Master Equipment Finance Agreement No. 12359A attached hereto as **Exhibit I**.

13. Any checks, wires, invoices, purchase orders, delivery receipts, emails, letters, texts,

warranties, or Documents related to **KKM** equipment listed on Delivery and Acceptance Acknowledgement to Master Equipment Finance Agreement No. 12308A attached hereto as **Exhibit J**.

14. Any checks, wires, invoices, purchase orders, delivery receipts, emails, letters, texts, warranties, or Documents related to **KKM** equipment listed on Schedule No. 1 to Master Equipment Finance Agreement No. 12366A attached hereto as **Exhibit K**.

15. Any checks, wires, invoices, purchase orders, delivery receipts, emails, letters, texts, warranties, or Documents related to **KKM** equipment listed on Schedule No. 1 to Master Equipment Finance Agreement No. 12581A attached hereto as **Exhibit L**.

16. Any checks, wires, invoices, purchase orders, delivery receipts, emails, letters, texts, or Documents wherein **KKM** had communications with or made any payments to Eric Speer.

17. Any checks, wires, invoices, purchase orders, delivery receipts, emails, letters, texts, or Documents wherein **KKM** had communications with or made any payments to Lance Goudzwaard.

18. Any checks, wires, invoices, purchase orders, delivery receipts, emails, letters, texts, or Documents wherein **KKM** had communications with or made any payments to Will Bozeman.

19. Any checks, wires, invoices, purchase orders, delivery receipts, emails, letters, texts, or Documents wherein **KKM** had communications with or made any payments to Emmanual "Manny" Butera.

20. Any checks, wires, invoices, purchase orders, delivery receipts, emails, letters, texts, or Documents wherein **KKM** had communications with or made any payments to Jaime Butera.

21. Any checks, wires, invoices, purchase orders, delivery receipts, emails, letters, texts, or

Documents wherein **KKM** had communications with or made any payments to Josh Constantin.

22. Any checks, wires, invoices, purchase orders, delivery receipts, emails, letters, texts, or Documents wherein **KKM** had communications with or made any payments to Justin Smith.

23. Any checks, wires, invoices, purchase orders, delivery receipts, emails, letters, texts, or Documents wherein **KKM** had communications with or made any payments to Jameson LLC dba American Developmental Partners ("ADP").

24. Any checks, wires, invoices, purchase orders, delivery receipts, emails, letters, texts, or Documents wherein **KKM** had communications with or made any payments to Healthcare Solution Holdings ("HSH").

25. Any checks, wires, invoices, purchase orders, delivery receipts, emails, letters, texts, or Documents wherein **KKM** had communications with or made any payments to Relatyv.

26. Copies of any and all Documents related to any actual or proposed dealings with those named below, or any entity with which they were affiliated in any way:

- SARC USA Inc.
- SARC AZ – Mesa LLC
- SARC IL – St. Charles LLC
- SARC IL – AURORA LLC
- SARC GA – HIRAM LLC
- SARC IL – Buffalo Grove LLC
- SARC IL II, LLC
- Steven Michael Caton
- Stephen Wayne Holden

- Stephen Ryan Holden

- Neurogenix Treatment Center, LLC

- KKM Diagnostic Imaging Group

- Jameson LLC dba American Developmental Partners ("ADP")

- Healthcare Solution Holdings ("HSH")

- Relatyv

- Don Hulke

- Eric Speer

- Lance Goudzwaard

- Will Bozeman

- Emanuael "Manny" Butera

- Jaime Butera

- Josh Constantin

- Justin Smith

# EXHIBIT A

Location          5749 Wendy Bagwell Pkwy
Lender            KLC Financial
Vendor            NueroMed & KKM
Invoice Amount     $1,015,124.00
Reno Comp Date
Ship Date
Delivery Date

| Vendor Payment History | | |
|---|---|---|
| | Payment Date | Amount of Payment |
| 1st Payment NMed | 5/5/2023 | $435,727.50 |
| 1st Payment KKM | 5/4/2023 | $71,834.50 |
| 2nd Payment Nmed | | |
| 2nd Payment KKM | | |
| | Total | $507,562.00 |

| NGX Lease Payment History | | | |
|---|---|---|---|
| Invoice Date | Invoice Amount | Date Paid | Amount Received |

# EXHIBIT B

Location        3590 E. New York St
Lender          KLC Financial
Vendor          NueroMed & KKM
Invoice Amount     $1,015,124.00
Reno Comp Date      6/23/2023
Ship Date           6/9/2023
Delivery Date

| Vendor Payment History | | |
| --- | --- | --- |
| | Payment Date | Amount of Payment |
| 1st Payment NMed | 4/27/2023 | $435,727.50 |
| 1st Payment KKM | 4/27/2023 | $71,834.50 |
| 2nd Payment Nmed | | |
| 2nd Payment KKM | | |
| Total | | $507,562.00 |

| NGX Lease Payment History | | | |
| --- | --- | --- | --- |
| Invoice Date | Invoice Amount | Date Paid | Amount Received |

# EXHIBIT C

| | |
|---|---|
| Location | 1330 W Dundee Rd |
| Lender | KLC Financial |
| Vendor | NueroMed & KKM |
| Invoice Amount | $1,015,124.00 |
| Reno Comp Date | 6/23/2023 |
| Ship Date | 6/9/2023 |
| Delivery Date | |

| Vendor Payment History | Payment Date | Amount of Payment |
|---|---|---|
| 1st Payment NMed | 5/8/2023 | $435,727.50 |
| 1st Payment KKM | 5/8/2023 | $71,834.50 |
| 2nd Payment Nmed | | |
| 2nd Payment KKM | | |
| Total | | $507,562.00 |

| NGX Lease Payment History | | | |
|---|---|---|---|
| Invoice Date | Invoice Amount | Date Paid | Amount Received |

# EXHIBIT D

Location          2780 W Main St
Lender            KLC Financial
Vendor           NueroMed & KKM
Invoice Amount    $1,015,124.00
Reno Comp Date    6/23/2023
Ship Date         6/9/2023
Delivery Date

| Vendor Payment History | | |
| --- | --- | --- |
| | Payment Date | Amount of Payment |
| 1st Payment NMed | 4/6/2023 | $435,727.50 |
| 1st Payment KKM | 4/14/2023 | $71,834.50 |
| 2nd Payment Nmed | | |
| 2nd Payment KKM | | |
| | Total | $507,562.00 |

| NGX Lease Payment History | | | |
| --- | --- | --- | --- |
| Invoice Date | Invoice Amount | Date Paid | Amount Received |

# EXHIBIT E

Location
Lender          KLC Financial
Vendor          NueroMed & KKM
Invoice Amount     $2,804,244.00
C/O Date
Ship Date
Delivery Date

| Vendor Payment History | | |
| --- | --- | --- |
| | Payment Date | Amount of Payment |
| 1st Payment NMed | 4/1/2023 | $435,727.50 |
| 1st Payment KKM | 4/1/2023 | $966,394.50 |
| 2nd Payment Nmed | | |
| 2nd Payment KKM | | |
| | Total | $1,402,122.00 |

| NGX Lease Payment History | | | |
| --- | --- | --- | --- |
| Invoice Date | Invoice Amount | Date Paid | Amount Received |

# EXHIBIT F

**KKM Diagnostic Imaging Group, Inc.**

2518 Burnsed Blvd, Suite 610
The Villages, FL 32163
+13134662355
accounting@kkmhealthcare.com



## Pro Forma Invoice

| ADDRESS | SHIP TO | | PRO FORMA | 1059 |
|---|---|---|---|---|
| SARC IL II, LLC | SARC IL - North Aurora, LLC | 140 Hansen Blvd | INVOICE | |
| 716 W Business Hwy 60 Dexter, MO 63841 | North Aurora, IL 60542 | | DATE | 03/17/2023 |

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| LCD High Resolution Widescreen<br>Linear array transducer, L4-15<br>Convex array transducer, AC2541<br>Mobile trolley, AC adapter retractable 3-flat-pin power cable, height adjustable, storage bin, gel holder, towelette holster, and printer bracket<br>General imaging License, Mview License, Wireless License, DICOM License, Needle Visualization License, DICOM License, Needle Visualization License<br>Online Training, including Knobology, presets, and applications | 1 | 51,964.00 |
| Galvanic Skin Response Autonomic Nervous System TM Flow<br>Serial #GAL01-17001<br>Software - TM Flow<br>Hardware - Galvanic Skin Response<br>Hardware - Oximeter<br>Hardware - Ankle Brachial Index (ABI) | 1 | 41,848.00 |
| Zibrio Balance<br>Stability PRO<br>Balance Care<br>Balance Coach<br>Training and Certification | 1 | 49,857.00 |
| | | - |
| Warranty -Parts<br>Accessories Warranty - Purchaser understands and agrees that Manufacturer warrants the purchased Accessories for 30 days only, from the date of purchase. Manufacturer will replace or repair at no charge provided the damage or malfunction was not caused by misuse, carelessness, fire or contributory negligence on the part of the Purchaser. This warranty is only for Accessories. All returns are subject to a 30% restocking fee. Non-refundable fee include nclude S&H fee. Merchandise is the property of NeuroMed until paid in full by customer. | 1 | 0.00 |
| Any applicable sales tax will be added to the final invoice. | 1 | 0.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 143,669.00 |
| TAX | | 0.00 |
| TOTAL | | **$143,669.00** |

Accepted By

Accepted Date

Page 1 of 1

CONFIDENTIAL

SARC_000593

**KKM Diagnostic Imaging Group, Inc.**

2518 Burnsed Blvd, Suite 610
The Villages, FL 32163
+1 3134662355
accounting@kkmhealthcare.com



## Pro Forma Invoice

| ADDRESS | SHIP TO | | PRO FORMA | 1059 |
|---|---|---|---|---|
| SARC IL II, LLC | SARC IL - North Aurora, LLC | 140 Hansen Blvd | INVOICE | |
| 716 W Business Hwy 60 Dexter, MO 63841 | North Aurora, IL 60542 | | DATE | 03/17/2023 |

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| LCD High Resolution Widescreen<br>Linear array transducer, L4-15<br>Convex array transducer, AC2541<br>Mobile trolley, AC adapter retractable 3-flat-pin power cable, height adjustable, storage bin, gel holder, towelette holster, and printer bracket<br>General imaging License, Mview License, Wireless License, DICOM License, Needle Visualization License, DICOM License, Needle Visualization License<br>Online Training, including Knobology, presets, and applications | 1 | 51,964.00 |
| Galvanic Skin Response Autonomic Nervous System TM Flow<br>Serial #GAL01-17001<br>Software - TM Flow<br>Hardware - Galvanic Skin Response<br>Hardware - Oximeter<br>Hardware - Ankle Brachial Index (ABI) | 1 | 41,848.00 |
| Zibrio Balance<br>Stability PRO<br>Balance Care<br>Balance Coach<br>Training and Certification | 1 | 49,857.00 |
| Warranty -Parts<br>Accessories Warranty - Purchaser understands and agrees that Manufacturer warrants the purchased Accessories for 30 days only, from the date of purchase. Manufacturer will replace or repair at no charge provided the damage or malfunction was not caused by misuse, carelessness, fire or contributory negligence on the part of the Purchaser. This warranty is only for Accessories. All returns are subject to a 30% restocking fee. Non-refundable fee include nclude S&H fee. Merchandise is the property of NeuroMed until paid in full by customer. | 1 | 0.00 |
| Any applicable sales tax will be added to the final invoice. | 1 | 0.00 |

|  | SUBTOTAL | 143,669.00 |
|---|---|---|
|  | TAX | 0.00 |
|  | TOTAL | **$143,669.00** |

Ex F

Accepted By

Accepted Date

CONFIDENTIAL

SARC_000621

# EXHIBIT G

**KKM Diagnostic Imaging Group, Inc.**

2518 Burnsed Blvd, Suite 610
The Villages, FL 32163
+1 3134662355
accounting@kkmhealthcare.com



# INVOICE

| | | | |
|---|---|---|---|
| BILL TO | SHIP TO | INVOICE | 3626 |
| Neuragenex Treatment - Aurora (Hansen) | Neuragenex Treatment - Aurora (Hansen) | DATE | 08/23/2023 |
| 140 Hansen Blvd North | 140 Hansen Blvd North | | |
| Aurora, IL  60542 | Aurora, IL  60542 | | |

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| LCD High Resolution Widescreen<br>Linear array transducer, L4-15<br>Convex array transducer, AC2541<br>Mobile trolley, AC adapter retractable 3-flat-pin power cable, height adjustable, storage bin, gel holder, towelette holster, and printer bracket<br>General imaging License, Mview License, Wireless License, DICOM License, Needle Visualization License, DICOM License, Needle Visualization License<br>Online Training, including Knobology, presets, and applications | 1 | 51,964.00 |
| Galvanic Skin Response Autonomic Nervous System TM Flow<br>Serial #GAL01-17001<br>Software - TM Flow<br>Hardware - Galvanic Skin Response<br>Hardware - Oximeter<br>Hardware - Ankle Brachial Index (ABI) | 1 | 41,848.00 |
| Zibrio Balance<br>Stability PRO<br>Balance Care<br>Balance Coach<br>Training and Certification | 1 | 49,857.00 |
| Warranty-Parts<br>Accessories Warranty - Purchaser understands and agrees that Manufacturer warrants the purchased Accessories for 30 days only, from the date of purchase. Manufacturer will replace or repair at no charge provided the damage or malfunction was not caused by misuse, carelessness, fire or contributory negligence on the part of the Purchaser. This warranty is only for Accessories. All returns are subject to a 30% restocking fee. Non-refundable fee include nclude S&H fee. Merchandise is the property of NeuroMed until paid in full by customer. | 1 | 0.00 |
| Any applicable sales tax will be added to the final invoice. | 1 | 0.00 |

KKM Diagnostic Imaging Group, Inc.
Chase Bank
460 Moross Road
Grosse Pointe Farms, MI 48236
Acct. 369139636
SWIFT: CHASUS33
Routing #021000021

| PAYMENT | 143,669.00 |
|---|---|
| BALANCE DUE | **$0.00** |
| | **PAID** |

The above routing number can only be used for wire transfers. For direct deposits and ACH transactions, please use routing number 072000326.

CONFIDENTIAL

SARC_000939

Ex 61

**Estimate Summary**

| | |
|---|---|
| Estimate 1065 | 143,669.00 |
| This invoice 3626 | $0.00 |
| Total invoiced | 143,669.00 |

CONFIDENTIAL

SARC_000940

# Exhibit H

Copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.

DocuSign Envelope ID: 31C376BC-80CD-407D-842C-B3AB359755D5



**KLC FINANCIAL**

### DELIVERY AND ACCEPTANCE ACKNOWLEDGEMENT TO MASTER EQUIPMENT FINANCE AGREEMENT

Master Equipment Finance Agreement No.: **11911A** (the "EFA")

Master Equipment Finance Agreement Schedule No.: **01** (the "Schedule")

Equipment Supplier(s):

| |
|---|
| **NeuroMed** |
| **KKM Diagnostic Imaging Group** |

Equipment Description:

**1 - 14 ea NeuroMed System w/MATRIX System Software w/Standard Accessories 14 ea. NeuroMed Vasomatic device w/ Standard Accessories**
**14 ea. Hospital Modality Center, Modality w/ 2- unit shelf support, Top electrode cup holder, Accessories shelf holder, Base with 4 heavy-duty casters**
**14 ea. Special MATRIX Accessory package Part # 05051205-A**
**14 ea. Special Neuropathy Accessory package Part# 05051205-B**
**14 ea. NeuroMed Accessories -MATRIX System Operations manual**
**14 ea. NeuroMed Accessories MATRIX System Electrode placement guide**
**14 ea. Training Book**
**14 ea. NeuroMed Accessories Program Guide NeuroMed Electroanalgesic Delivery System**
**14 ea. NeuroMed Accessories - What is the Theory of Electrophysiology**
**14 ea. NeuroMed Accessories CPT codes and ICD 10 Codes**
**1 ea. NeuroMed Accessories - Personalized Patient PAIN Brochure Layout**
**1 ea. NeuroMed Accessories – Personalized Patient Knee PAIN Brochure Layout In Spanish**
**1 ea. NeuroMed Accessories - Personalized Patient Neuropathy PAIN Brochure Layout**
**1 ea. NeuroMed Accessories Personalized Patient Neuropathy PAIN Brochure Layout In Spanish**
**1 ea. NeuroMed Accessories Design and layout front office Retractable Banner (6.7' X 2.8')**
**14 ea. Additional Warranty on Medical Equipment is 2 year only (parts and labor) from date of purchase and Purchaser understands and agrees that Manufacturer warrants the purchased Medical Equipment for two years only, from date of purchase.**

**1 - MRI diagnostic equip: Esaote S-Scan MSK MRI for Extremities, LSpine, and C-Spine 1 ea. RF Pavilion or Technoshield, Patient Table, Large patient coil package, Magnetic Compensation Module, Accessory Cupboard, Uninterruptible Power Supply PC and MRI, Rigging for basic first and second floor installation**

**2 ea. C-Arm GE OEC Fluoroscopy, Digital Mobile C-Arm, GE OEC One all in one compact C Arm, 27" high resolution mounted display, Mounted articulating arm with 5 ranges of motion, Touch screen tablet with intuitive interface, 2.5 KW generator**
**2 ea. Stretcher Hill-Rom P Series Stretcher Steering Plus System, One Step Tuck-Away Side Rails, BackSaver Fowler, Head and Foot Break**
**1 ea. Stryker Multigen RFA, 100 watt two generator system, Ultra-responsive touchscreen, USB port**
**1 ea. Procedure Table OakWorks CFPM Fluoro & Spine Procedure Table Set, Integrated Headrest Crescent face pad, 3 Position Height 26-44, Trendelenburg, Radiolucent Foam top, 4" locking casters**
**3 ea. Patient Monitors Mindray ePM 10M w/3/5 lead ECG, arrhythmia analysis, Masimo SpO2, NIBP, temp, respiration (pn 9204E-PA00001), CO2 Module Adult/Pediatric ePM**
**Rolling Stand w/ quick release**
**1 ea. Lab Equipment TS Sorvall (2), Fisher Isotemp, Thermofisher Biological Safety Cabinet, Sorvall Microcentrifuge, Isotemp refrigerator**
**1 ea. Galvanic System, Galvanic Skin Response Autonomic Nervous System TM Flow, SN: GAL01-17001, Software TM Flow, Hardware Galvanic Skin Response, Hardware Oximeter, Hardware Ankle Brachial Index (ABI)**
**1 ea. Korebalance System, Korebalance Assessment & Rehabilitation, SN: KOR01-17001, Korebalance Premiere System, 22" Medical Touchscreen (KB01-22), Software Cognition, Parkinson's, Useful Field of View Suite, and multiple games package**
**1 ea. NeuroStar System NeuroStar Transcranial Magnetic Stimulation SN: NEU01-17001, Console, chair and accessories, Software TrakStar proprietary patient data management software,**
**1 ea. WAVi System, WAVi Electroencephalogram Headset SN: WAV01-17001, Headsets small, medium and large, Hardware WAVi Approved Tablet w/loaded software**
**Syringes, headsets, needles, quick session guide, instruction manual**
**2 ea. Ultrasound System My Lab X5 Esaote touchscreen, LCD High Resolution Widescreen, Linear array transducer, L4-15, Convex array transducer, AC2541, Mobile trolley, AC adapter retractable 3-flat-pin power cable, height adjustable, storage bin, gel holder, towelette holster, and printer bracket, General imaging License, Mview License, Wireless License, DICOM License, Needle Visualization License, Loaner Program**

Location of Borrower's Acceptance of Equipment: **Vermillion Ct, Naperville, IL 60565**

The undersigned Borrower hereby acknowledges and agrees that the property (the "Equipment") financed by KLC Financial, LLC ("Lender") pursuant to the above-referenced EFA and Schedule:

The original document is owned by KLC Financial, Inc. and this copy was created on Mar 29, 2023 10:35:57 PM.

Copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.

DocuSign Envelope ID: 31C376BC-80CD-407D-842C-B3AB359755D5



1. Has been delivered and as of this date is unconditionally and irrevocably accepted;

2. Has been delivered in full compliance with the terms of the EFA; and

3. Was not manufactured, distributed or sold by Lender.

4. Borrower further acknowledges that in addition to the covenants, warranties, representations and acknowledgments of the EFA that Lender has made no warranties or representations with respect to the quality, condition or performance of the Equipment.

5. In the event the Equipment does not perform as expected or represented, Borrower shall look solely to the Equipment Supplier(s) for satisfaction of and/or performance of any covenants and warranties with respect to the Equipment including, but not limited to, its quality or performance.

6. No defect in, unfitness of, or an inability of Borrower to use the Equipment for any reason will relieve Borrower's obligation to pay all Payments to Lender and to otherwise perform all of the other duties and obligations of the EFA.

7. Borrower will continue to remit all Payments to Lender in accordance with the EFA free of any setoff, counterclaim or defense.

8. Lender shall not be responsible to Borrower, or anyone claiming through Borrower, for any damages, direct, consequential, or otherwise, resulting from the delivery, installation, use, operation, performance or condition of the Equipment, or any delay or failure by an Equipment Supplier(s) in delivering and/or installing any Equipment or performing any service for Borrower.

9. Unless otherwise specified on a Schedule, the Commencement Date under such Schedule is, and the obligation of the undersigned to pay Payments with respect to said Equipment commences on, the date of this Acknowledgement.

10. All capitalized terms herein shall have the same meaning as such terms are defined in the EFA. To the extent the terms of the Master Equipment Finance Agreement Schedule may be inconsistent with the EFA, the terms of the Schedule shall control. All terms and conditions of the EFA and Schedule are incorporated herein as if fully set forth.

**AGREED:**

Dated as of  3/29/2023 | 4:17 PM 2DDT

**Borrower: SARC AZ - Mesa, LLC**
**DBA (if applicable):**

Signature: *Steven Michael Caton*
(signature of Borrower's duly authorized representative)

**Print Name of Signor: Steven Michael Caton**
**Title: Manager**
**Borrower's FEIN: 92-2623745**
**Borrower's Address:  718 West Business U.S. 60, Dexter, Missouri 63841**
**Borrower's Telephone: (815) 954-5300**
**E-mail: scaton@sarc-us.com**

The original document is owned by KLC Financial, Inc. and this copy was created on Mar 29, 2023 10:35:57 PM.

# Exhibit I

Copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.

DocuSign Envelope ID: 94D126FA-71D1-4B97-B65A-461AD357FB4F



**KLC FINANCIAL**

## DELIVERY AND ACCEPTANCE ACKNOWLEDGEMENT TO MASTER EQUIPMENT FINANCE AGREEMENT

Master Equipment Finance Agreement No.: 12359A (the "EFA")

Master Equipment Finance Agreement Schedule No.: 01 (the "Schedule")

Equipment Supplier(s):

| KKM Diagnostic Imaging Group |
| NeuroMed |

Equipment Description:

| 1 - 1 ea. LCD High Resolution Widescreen Linear array transducer, L4-15 Convex array transducer, AC2541, Mobile trolley, AC adapter retractable 3-flat-pin power cable, height adjustable, storage bin, gel holder, towelette holster, and printer bracket,General imaging License, Mview License, Wireless License, DICOM License, Needle Visualization License, DICOM License, Needle Visualization License Online Training, including Knobology, presets, and applications<br>1 ea. Galvanic Skin Response Autonomic Nervous System TM Flow Serial #GAL01-17001<br>Software - TM Flow, Hardware - Galvanic Skin Response, Hardware - Oximeter.<br>Hardware - Ankle Brachial Index (ABI)<br>1 ea. Zibrio Balance, Stability PRO, Balance Care, Balance Coach, Training and Certification |
| 1 - 14 ea. NeuroMed System w/MATRIX System Software w/Standard Accessories 14 ea. NeuroMed Vasomatic device w/Standard Accessories<br>14 ea. Hospital Modality Center w/2 unit shelf support<br>14 ea. Special Matrix Accessory Package Part #05051205-A<br>14 ea. Special Neuropathy Accessory package Part # 05051205-B<br>14 ea. NeuroMed Accessories Matrix System Operations Manual<br>14 Ea NeuroMed Accessories Matrix System Electrode placement guide training book<br>14 ea. NeuroMed Accessories Program Guid NeuroMed Electroanalgesic Delivery System<br>14 ea. NeuroMed Accessories What is the theory of Electrophysiology<br>14 ea. NeuroMed Accessories CPT codes and ICD 10 codes<br>1 ea. Personalized Patient PAIN Brochure Layout<br>1 ea. Personalized Patient Knee PAIN Brochure Layout Spanish<br>1 ea. Personalized Patient Neuropathy PAIN Brochure Layout<br>1 ea. Design and layout front office Retractable Banner<br>14 ea. Total Matrix System Special Price |

Location of Borrower's Acceptance of Equipment: **3590 E New York St, Aurora, IL 60504**

The undersigned Borrower hereby acknowledges and agrees that the property (the "Equipment") financed by KLC Financial, LLC ("Lender") pursuant to the above-referenced EFA and Schedule:

1.     Has been delivered and as of this date is unconditionally and irrevocably accepted;
2.     Has been delivered in full compliance with the terms of the EFA; and
3.     Was not manufactured, distributed or sold by Lender.
4.     Borrower further acknowledges that in addition to the covenants, warranties, representations and acknowledgments of the EFA that Lender has made no warranties or representations with respect to the quality, condition or performance of the Equipment.
5.     In the event the Equipment does not perform as expected or represented, Borrower shall look solely to the Equipment Supplier(s) for satisfaction of and/or performance of any covenants and warranties with respect to the Equipment including, but not limited to, its quality or performance.
6.     No defect in, unfitness of, or an inability of Borrower to use the Equipment for any reason will relieve Borrower's obligation to pay all Payments to Lender and to otherwise perform all of the other duties and obligations of the EFA.
7.     Borrower will continue to remit all Payments to Lender in accordance with the EFA free of any setoff, counterclaim or defense.
8.     Lender shall not be responsible to Borrower, or anyone claiming through Borrower, for any damages, direct, consequential, or otherwise, resulting from the delivery, installation, use, operation, performance or condition of the Equipment, or any delay or failure by an Equipment Supplier(s) in delivering and/or installing any Equipment or performing any service for Borrower.
9.     Unless otherwise specified on a Schedule, the Commencement Date under such Schedule is, and the obligation of the undersigned to pay Payments with respect to said Equipment commences on, the date of this Acknowledgement.
10.     All capitalized terms herein shall have the same meaning as such terms are defined in the EFA. To the extent the terms of the Master Equipment Finance Agreement Schedule may be inconsistent with the EFA, the terms of the Schedule shall control. All terms and conditions of the EFA and Schedule are incorporated herein as if fully set forth.

**AGREED:**

Dated as of 4/18/2023 | 7:12 PM 2 EDT

**Borrower: SARC IL - Aurora, LLC**
**DBA (if applicable):**

Signature: _Steven Michael Eaton_
(signature of Borrower's duly authorized representative)

The original document is owned by KLC Financial, Inc. and this copy was created on Apr 19, 2023 01:58:02 PM.

DocuSign Envelope ID: 94D126FA-71D1-4B97-B65A-461AD357FB4F Copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.



**KLC**
**FINANCIAL**

**Print Name of Signor: Steven Michael Caton**
**Title: Manager**
**Borrower's FEIN: 92-2635727**

**Borrower's Address:** 718 W Business Highway 60, Dexter, Missouri 63841
**Borrower's Telephone: 815-954-5300**
**E-mail: scaton@sarc-us.com**

Copy of

Original

The original document is owned by KLC Financial, Inc. and this copy was created on Apr 19, 2023 01:58:02 PM.

# Exhibit J

DocuSign Envelope ID: 505BC242-0458-44A1-961E-92E47FBEABD8

Copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.



**KLC FINANCIAL**

## DELIVERY AND ACCEPTANCE ACKNOWLEDGEMENT TO MASTER EQUIPMENT FINANCE AGREEMENT

Master Equipment Finance Agreement No.: **12308A** (the "EFA")

Master Equipment Finance Agreement Schedule No.: **01** (the "Schedule")

Equipment Supplier(s):

| |
|---|
| **NeuroMed** |
| **KKM Diagnostic Imaging Group** |

Equipment Description:

1 - 14 ea. NeuroMed System w/MATRIX System Software w/Standard Accessories 14 ea. NeuroMed Vasomatic device w/Standard Accessories
14 ea. Hospital Modality Center - Modality w/ 2- unit shelf support, Top electrode cup holder, Accessories shelf holder, Base with 4 heavy-duty casters
14 ea. Special MATRIX Accessory package
14 ea. Special Neuropathy Accessory package Part # 05051205-B
14 ea. NeuroMed Accessories -MATRIX System Operations manual, English
14 ea. NeuroMed Accessories -MATRIX System Electrode placement guide
14 ea. Training Book
14 ea. NeuroMed Accessories Program Guide NeuroMed Electroanalgesic Delivery System (MATRIX software version 1/1.0)
14 ea. NeuroMed Accessories - What is the Theory of Electrophysiology
14 ea. NeuroMed Accessories - CPT codes and ICD 10 Codes
1 ea. NeuroMed Accessories - Personalized Patient PAIN Brochure Layout Item
1 ea. NeuroMed Accessories - Personalized Patient Knee PAIN Brochure Layout In Spanish
1 ea. NeuroMed Accessories Personalized Patient Neuropathy PAIN Brochure Layout
1 ea. NeuroMed Accessories - Personalized Patient Neuropathy PAIN Brochure Layout In Spanish
1 ea. NeuroMed Accessories - Design and layout front office Retractable Banner (6.7' X 2.8')
14 ea. NeuroMed Total MATRIX System Special price Purchase
14 ea. FDA Clearance Fee
14. ea. FDA Registration Fee
14 ea. FDA Entry Fee
14 ea. Additional Warranty on Medical Equipment is 2 year only

1 - 1 ea. LCD High Resolution Widescreen Linear array transducer Convex array transducer, AC2541 Mobile trolley, AC adapter retractable 3-flat-pin power cable, height adjustable, storage bin, gel holder, towelette holster, and printer bracket General imaging License,

Mview License, Wireless License, DICOM License, Needle Visualization License, DICOM License, Needle Visualization License Online Training, including Knobology, presets, and applications.
1 ea. Galvanic Skin Response Autonomic Nervous System TM Flow , Serial #GAL01-17001, Software - TM Flow, Hardware - Galvanic Skin Response, Hardware – Oximeter, Hardware - Ankle Brachial Index (ABI).
1 ea. Zibrio Balance, Stability PRO, Balance Care, Balance Coach, Training and Certification

Location of Borrower's Acceptance of Equipment: **2780 West Main St, St. Charles, IL 60175**

The undersigned Borrower hereby acknowledges and agrees that the property (the "Equipment") financed by KLC Financial, LLC ("Lender") pursuant to the above-referenced EFA and Schedule:

1. Has been delivered and as of this date is unconditionally and irrevocably accepted;
2. Has been delivered in full compliance with the terms of the EFA; and
3. Was not manufactured, distributed or sold by Lender.
4. Borrower further acknowledges that in addition to the covenants, warranties, representations and acknowledgments of the EFA that Lender has made no warranties or representations with respect to the quality, condition or performance of the Equipment.
5. In the event the Equipment does not perform as expected or represented, Borrower shall look solely to the Equipment Supplier(s) for satisfaction of and/or performance of any covenants and warranties with respect to the Equipment including, but not limited to, its quality or performance.
6. No defect in, unfitness of, or an inability of Borrower to use the Equipment for any reason will relieve Borrower's obligation to pay all Payments to Lender and to otherwise perform all of the other duties and obligations of the EFA.
7. Borrower will continue to remit all Payments to Lender in accordance with the EFA free of any setoff, counterclaim or defense.
8. Lender shall not be responsible to Borrower, or anyone claiming through Borrower, for any damages, direct, consequential, or otherwise, resulting from the delivery, installation, use, operation, performance or condition of the Equipment, or any delay or failure by an Equipment Supplier(s) in delivering and/or installing any Equipment or performing any service for Borrower.
9. Unless otherwise specified on a Schedule, the Commencement Date under such Schedule is, and the obligation of the undersigned to pay Payments with respect to said Equipment commences on, the date of this Acknowledgement.
10. All capitalized terms herein shall have the same meaning as such terms are defined in the EFA. To the extent the terms of the Master Equipment Finance Agreement Schedule may be inconsistent with the EFA, the terms of the Schedule

The original document is owned by KLC Financial, Inc. and this copy was created on Apr 05, 2023 05:31:27 PM.

Copy of the Electronic Original© document managed by the eCore® On Demand (EOD™) Service.

DocuSign Envelope ID: 505BC242-0458-44A1-961E-92E47FBEABD8



shall control.  All terms and conditions of the EFA and Schedule are incorporated herein as if fully set forth.

**AGREED:**

Dated as of ░3/31/2023 | 2:18 PM░20DT

**Borrower: SARC IL - St. Charles, LLC**
**DBA (if applicable):**

Signature ┌─DocuSigned by:─┐
*Steven Michael Caton*
└─F0067E63016F49D...─┘

(signature of Borrower's duly authorized representative)

**Print Name of Signor: Steven Michael Caton**
**Title: Manager**
**Borrower's FEIN: 92-2648339**
**Borrower's Address:  718 W Business Highway 60, Dexter, Missouri 63841**
**Borrower's Telephone: 815-954-5300**
**E-mail: scaton@sarc-us.com**

Copy of
Original